UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bucephalus Alternative Energy Group, LLC

Plaintiff,

-v-

KCR Development and Annie Myoung Hae Chan

Defendant.

Case No. 08-CIV 7343
JUDGE PRESKA

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bucephalus Alternative Energy Group, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: August 14, 2008

**Signature of Attorney**

**Attorney Bar Code:** BB8715

Form Rule7_1.pdf  SDNY Web 10/2007