KATTEN MUCHIN ROSENMAN LLP
Bruce M. Sabados (BMS 4258)
bruce.sabados@kattenlaw.com
Daniel A. Edelson (DE 1830)
daniel.edelson@kattenlaw.com
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

BERGESON, LLP
Daniel J. Bergeson, *pro hac vice application pending*
dbergeson@be-law.com
Caroline McIntyre, *pro hac vice application pending*
cmcintyre@be-law.com
Julia Chung (JC 9369)
jchung@be-law.com
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendants
KCR DEVELOPMENT and
ANNIE MYOUNG HAE CHAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUCEPHALUS ALTERNATIVE ENERGY GROUP, LLC,<br><br>                  Plaintiff,<br><br>                  v.<br><br>KCR DEVELOPMENT AND ANNIE MYOUNG HAE CHAN,<br><br>                  Defendants. | No. 08 Civ 7343 (LAP)(JCF)<br><br>**AFFIDAVIT OF DANIEL A. EDELSON IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, OR, IN THE ALTERNATIVE, STAY THE ACTION, OR, IN THE ALTERNATIVE, TRANSFER THE ACTION**<br><br>ECF Case<br>This document has been electronically filed |

84323903_1

STATE OF NEW YORK        )
                         ss.:
COUNTY OF NEW YORK       )

DANIEL A. EDELSON, being duly sworn, deposes and says:

1. I am a member of the bar of the State of New York and associated with the law firm Katten Muchin Rosenman LLP, local counsel for defendants KCR Development and Annie Chan ("Defendants") in the above-captioned action.

2. I submit this affidavit in support of Defendants' Motion To Dismiss The Complaint, Or, In The Alternative, Stay The Action, Or, In The Alternative, Transfer The Action. I make this affidavit based upon my personal knowledge, my review of documents and on information provided to me by Bergeson, LLP, California-based primary counsel for Defendants.

3. Attached hereto as Exhibit "A" is a true and correct copy of the Complaint entitled *Chan v. Bucephalus Alternative Energy Group, LLC*, case no. 108CV119974, filed in the Superior Court of the State of California, County of Santa Clara (the "California Action") on August 13, 2008. Defendant Bucephalus Alternative Energy Group, LLC ("BAEG") was served with the Complaint on August 18, 2008.

4. Attached hereto as Exhibit "B" is a true and correct copy of Plaintiff's Demand For Inspection Of Documents served on BAEG in the California Action on September 17, 2008.

5. Attached hereto as Exhibit "C" is a true and correct copy of company information relating to Bucephalus Alternative Energy Group, LLC which was printed from Westlaw.

6. Attached hereto as Exhibit "D" is a true and correct copy of the Complaint filed in the above-captioned action entitled *Bucephalus Alternative Energy Group, LLC v. KCR*

*Development, et al.*, case no. 08 Civ 7343 (LAP)(JCF), filed in the United States District Court for the Southern District of New York on August 19, 2008.

        8.      I am informed that Bergeson, LLP, counsel for Annie Chan in the California Action, sent Bruce Baldinger, counsel for BAEG in this Action, a copy of the Complaint by facsimile and U.S. mail on August 15, 2008.

        9.      Based on the foregoing and for the reasons set forth in the accompanying memorandum of law and supporting declaration of Annie Chan, I respectfully request that this Court grant Defendants' Motion.

                                                  DANIEL EDELSON

Sworn to before me this
23rd day of September 2008

_____
Notary Public

DIANE PIRAINO da CUNHA
NOTARY PUBLIC, State of New York
No. 02DA4983960
Qualified in New York County
Commission Expires July 08, 2011