# EXHIBIT C

CA200715010255

**CORPORATE RECORDS & BUSINESS REGISTRATIONS**

| | |
|---|---|
| This Record Last Updated: | 07/17/2007 |
| Database Last Updated: | 09-09-2008 |
| Update Frequency: | WEEKLY |
| Current Date: | 09/17/2008 |
| Source: | AS REPORTED BY THE SECRETARY OF STATE OR OTHER OFFICIAL SOURCE |

THIS DATA IS FOR INFORMATION PURPOSES ONLY. CERTIFICATION CAN ONLY BE OBTAINED THROUGH THE SACRAMENTO OFFICE OF THE CALIFORNIA SECRETARY OF STATE.

**COMPANY INFORMATION**

| | |
|---|---|
| Name: | **KCR MANAGEMENT, LLC** |
| Address: | 19770 STEVENS CREEK BLVD |
| | CUPERTINO, CA 95014 |

**FILING INFORMATION**

| | |
|---|---|
| Identification Number: | 200715010255 |
| Filing Date: | 04/26/2007 |
| State of Incorporation: | CALIFORNIA |
| Status: | ACTIVE |
| Business Type: | LIMITED LIABILITY COMPANY |
| LLC Business Type: | REAL ESTATE DEVELOPMENT & MANAGEMENT |
| LLC Management: | ONE MANAGER |
| Where Filed: | SECRETARY OF STATE/CORPORATIONS DIVISION |
| | 1500-11TH STREET |
| | SACRAMENTO, CA 95814 |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | SHIU LEUNG CHAN |
| Address: | 19770 STEVENS CREEK BLVD |
| | CUPERTINO, CA 95014 |

**PRINCIPAL INFORMATION**

| | |
|---|---|
| Name: | SHIU LEUNG CHAN |
| Address: | 19770 STEVENS CREEK BLVD |
| | CUPERTINO, CA 95014 |

Call Westlaw CourtExpress at 1-877-DOC-RETR (1-877-362-7387)
to order copies of documents related to this or other matters.
Additional charges apply.

THE PRECEDING PUBLIC RECORD DATA IS FOR INFORMATION PURPOSES ONLY AND IS NOT THE OFFICIAL RECORD. CERTIFIED COPIES CAN ONLY BE OBTAINED FROM THE OFFICIAL SOURCE.

END OF DOCUMENT

Adobe Reader is required to view PDF images.



(C) 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.