KATTEN MUCHIN ROSENMAN LLP
Bruce M. Sabados (BMS 4258)
bruce.sabados@kattenlaw.com
Daniel A. Edelson (DE 1830)
daniel.edelson@kattenlaw.com
575 Madison Avenue
New York, NY 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

BERGESON, LLP
Daniel J. Bergeson, *pro hac vice application pending*
dbergeson@be-law.com
Caroline McIntyre, *pro hac vice application pending*
cmcintyre@be-law.com
Julia Chung (JC 9369)
jchung@be-law.com
303 Almaden Blvd., Suite 500
San Jose, CA 95110
Telephone:  (408) 291-6200
Facsimile:   (408) 297-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| BUCEPHALUS ALTERNATIVE ENERGY GROUP, LLC | 08 cv-7343 (LAP) |
| Plaintiff, | ECF Case |
| v. | 7.1 STATEMENT |
| KCR DEVELOPMENT and ANNIE MYOUNG HAE CHEN | |
| Defendants. | This document has been electronically filed |

-----------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for non-governmental corporate party KCR Development ("KCR") hereby certifies that KCR does not have a parent corporation and that there is no publicly held corporation that owns 10% or more of KCR's stock.

Dated: New York, NY  
September 23, 2008

KATTEN MUCHIN ROSENMAN LLP

By: _____  
Bruce M. Sabados (BMS 4258)  
Daniel A. Edelson (DE 1830)  
575 Madison Avenue  
New York, NY 10022-2585  
Telephone: (212) 940-8800  
Facsimile: (212) 894-5776  
Attorneys for Defendants  
KCR Development and  
Annie Myoung Hae Chan

Of Counsel:

BERGESON, LLP  
Daniel J. Bergeson, *pro hac vice application pending*  
Caroline McIntyre, *pro hac vice application pending*  
Julia Chung (JC 9369)  
303 Almaden Blvd., Suite 500  
San Jose, CA 95110  
Telephone: (408) 291-6200  
Facsimile: (408) 297-6000